■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTIAN URENA, Appellant. [825 NYS2d 360]—Judgment, Supreme Court, Bronx County (Martin Marcus, J.), rendered April 26, 2001, convicting defendant, after a jury trial, of murder in the second degree, attempted murder in the second degree and assault in the first degree, and sentencing him to consecutive terms of 25 years to life and 12½ to 25 years, and a concurrent term of 10 to 20 years, respectively, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility.

Defendant's claims of prosecutorial misconduct are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would reject them.

The record does not establish that defendant's sentence was based on any improper criteria, and we perceive no basis for reducing the sentence. Concur—Tom, J.P., Marlow, Williams, Gonzalez and Catterson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY CLARKE, Appellant. [825 NYS2d 361]—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered March 10, 2005, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

Defendant's arguments for a reduced penalty under the Drug Law Reform Act (L 2004, ch 738) are without merit (*People v Utsey*, 7 NY3d 398 [2006]). Concur—Tom, J.P., Marlow, Williams, Gonzalez and Catterson, JJ.